In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-433 CR


____________________



JOHN WILLIAM NULL, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 04-10-08168-CR






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, John William Null, Jr., to
withdraw his notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by
appellant personally. No opinion has issued in this appeal. The motion is granted and the
appeal is therefore dismissed. The motion to issue the mandate early is granted. We
direct the Clerk of the Court of Appeals to issue the mandate immediately. 

 APPEAL DISMISSED.

 ____________________________

 CHARLES KREGER

 Justice

Opinion Delivered July 12, 2006

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.